ALBERT J. WHEELER, Individually and as Survivor of Himself and JOEL WHEELER, Deceased, Appellant, *v.* CHARLES A. SWEET et al., Respondents.

*Wheeler* v. *Sweet*, 28 App. Div. 622, affirmed.
(Argued November 14, 1900; decided December 4, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

April 6, 1898, affirming a judgment in favor of defendants entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Spencer Clinton* for appellant.

*Adelbert Moot* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.